**Judson WITHAM, Appellant,**

**v.**

**CHRISTIAN COUNTY, MISSOURI; Christian County Sheriff's Department; Joe Matlock, Sheriff; Ron Cleek; Judge Waters; Judge Eiffert; Deputy Forrester; Deputy Cowan; Kim Clark; Judge Orr; Pat Wright, Appellees.**

No. 07–2254.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2008.

Filed: Aug. 18, 2008.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Judson Witham appeals the district court's [1] dismissal with prejudice of his 42 U.S.C. § 1983 complaint for failure to comply with a court order. Having carefully reviewed the record and considered Witham's arguments on appeal, we find no basis for reversal, and we affirm the district court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.